UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:07-CR-96 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| TRACY FEAGAN ) | |

**O R D E R**

The Court has received a Report and Recommendation ("R&R") from United States Magistrate Judge Susan K. Lee, recommending Defendant Tracy Feagan ("Defendant") be found competent to stand trial (Court File No. 169). The Court has received a forensic evaluation of Defendant (Court File No. 165), and that evaluation found Defendant to be competent to stand trial, and not to be suffering from a mental disease or defect to the extent he is unable to understand the nature and consequences of the proceedings filed against him or assist properly in his own defense (Court File No. 165). On June 18, 2008, Defendant filed a signed Waiver of Competency Hearing with this Court (Court File No. 164). Based upon this information, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's R&R (Court File No. 169), pursuant to 28 U.S.C. § 636(b)(1), and **DETERMINES** Defendant is competent to stand trial.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**