UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 1:07-CR-96 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| TRACY FEAGAN | ) | |

### ORDER

Defendant Tracy Feagan ("Defendant") filed a motion to suppress the fruits of the search of 2237 6th Street NW, Birmingham, Alabama (Court File No. 108), and to suppress his August 25, 2007 statement (Court File No. 116). Magistrate Judge Susan K. Lee conducted a hearing on these motions (*see* Court File No. 166), and subsequently issued a report and recommendation ("R&R"), denying both (Court File No. 171). Defendant filed a timely objection to the R&R (Court File No. 175). In accordance with the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 171) and **DENIES** Defendant's motion to suppress the fruits of the search (Court File No. 108) and motion to suppress the statement (Court File No. 116).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**