UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 1:07-cr-96 |
| | ) Judge Edgar/Lee |
| | ) |
| TRACY FEAGAN | ) |

## ORDER

On the petition of the United States of America by James R. Dedrick, United States Attorney for the Eastern District of Tennessee,

IT IS ORDERED that the Clerk of this Court be and he hereby is instructed to issue a writ of habeas corpus ad testificandum to the Warden, Georgia Department of Corrections, Georgia, to bring HARRY GOFF before this Court at Chattanooga, Tennessee, on November 12, 2008, at 8:30 a.m., as a witness before the trial, and to be returned to said Warden, Georgia Department of Corrections, Georgia, as soon as he is no longer needed as a witness before the said Federal Court.

And it is further ORDERED that in the event the Warden, Georgia Department of Corrections, Georgia, so elects, the United States Marshal for the Eastern District of Tennessee, or any duly authorized law enforcement officer is directed to receive said HARRY GOFF into his custody and transport him to and from said Georgia Department of Corrections, and this Court for the aforesaid purpose.

ENTER.

s/ Susan K. Lee
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE